WILLIAM REGISTER, APPELLANT, VS. LOUISA G. HOOVER AND M. L. HOOVER, HER HUSBAND, MARY C. HENDRICKS, VIRGINIA E. EBERSOLE AND GARY S. HENDRICKS, AND JAMES H. HENDRICKS IN HIS OWN RIGHT, AND AS TRUSTEE FOR GERTRUDE LEE BAKER, AND GERTRUDE LEE BAKER AND J. L. BAKER, HER HUSBAND, APPELLEES.

Appeal from Circuit Court Duval county.

*J. W. Archibald*, for Appellant.

*H. B. Philips*, for Appellees other than Virginia E. Ebersole.

*J. C. Cooper*, for Virginia E. Ebersole.

The bill in this case was filed by the appellant against the appellees. There was decree for the defendants and the complainant appeals.

Appeal dismissed on motion of counsel for appellees other than Virginia E. Ebersole, and præcipe signed by the appellant.